**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
Ramzi Abadou (222567)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Phone: (415) 400-3000
Fax: (415) 400-3001
rabadou@ktmc.com

-and-

Eric L. Zagar (250519)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (267) 948-2512
ezagar@ktmc.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN STOLL, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL R. ABBOTT, NORA DENZEL, MICHAEL FAWKES, WILLIAM M. KLEIN, WILLIAM N. MACGOWAN, WILLIAM F. RUSSELL, DOW R. WILSON, and SABA SOFTWARE,<br><br>Defendants. | Case No. c 13-04149 CW |

**STIPULATION AND [PROPOSED] ORDER
GOVERNING PLAINTIFF'S MOTION TO REMAND**

WHEREAS, on July 12, 2013, plaintiff Jonathan Stoll ("Plaintiff") commenced this action by filing a Verified Class Action Complaint for Equitable and Injunctive Relief (the "Complaint") in the Superior Court of California, County of San Mateo (the "State Court"); and

WHEREAS; on September 8, 2013, defendants Michael R. Abbott, Nora Denzel, Michael Fawkes, William M. Klein, William N. MacGowan, William F. Russell and Dow R. Wilson filed in this Court a Notice of Removal of State Court Civil Action; and

WHEREAS, Plaintiff intends to file a motion to remand the action to the State Court; and

WHEREAS, the parties have met and conferred regarding a schedule for Plaintiff's motion to remand the action to the State Court;

IT IS HEREBY STIPULATED BY THE PARTIES AND ORDERED BY THE COURT as follows:

1. Plaintiff shall file his motion to remand the action to the State Court, and all documents in support thereof, on or before September 20, 2013;

2. Defendants shall file their opposition to Plaintiff's motion to remand the action to the State Court, and all documents in support thereof, on or before October 4, 2013;

3. Plaintiff shall file his reply in support of his motion to remand the action to the State Court, and all documents in support thereof, on or before October 11, 2013;

4. A hearing on Plaintiff's motion to remand shall be held at 2:00 p.m. on November 7, 2013; and

5. Defendants' response to Plaintiff's Complaint is deferred pending a ruling on Plaintiff's motion to remand the action to the State Court, at which point the parties will meet and confer regarding an appropriate schedule.

Dated: September 16, 2013

**KESSLER TOPAZ MELTZER & CHECK, LLP**

/s/ Eric L. Zagar
Eric L. Zagar

*Attorneys for Plaintiff Jonathan Stoll*

1 | Dated: September 16, 2013

**MORRISON & FOERSTER LLP**

/s/ Mark R.S. Foster
Mark R.S. Foster

*Attorneys for Michael R. Abbott, Nora Denzel, Michael Fawkes, William M. Klein, William N. MacGowan, William F. Russell, Dow R. Wilson and Saba Software, Inc.*

IT IS SO ORDERED.

DATED: September 18, 2013

HONORABLE CLAUDIA WILKEN
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER GOVERNING PLAINTIFF'S MOTION TO REMAND — - 2 -
CASE NO. C 13-04149 CW